# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **BEVERLY OAKS PHYSICIANS SURGICAL CENTER, LLC** a California Limited Liability Company<br><br>Plaintiff<br><br>vs.<br><br>**BLUE CROSS OF CALIFORNIA,** dba **ANTHEM BLUE CROSS** and related entity names; and **Does 1 through 100**;<br><br>Defendants | **Case No.** 2:17-cv-2341 ODW (PLAx)<br><br>*Honorable Otis D. Wright, II and Honorable Paul L. Abrams, Magistrate Judge*<br><br>**STIPULATED PROTECTIVE ORDER RE PRODUCTION AND USE OF CONFIDENTIAL DOCUMENTS**<br><br>Complaint Filed: March 27, 2017 |

**WHEREAS,** the Parties in the above referenced matter have submitted a Stipulated Protective Order Re Production and Use of Confidential Documents on April 12, 2017, and good cause appearing therefore, the Court HEREBY ADOPTS SAID PROTECTIVE ORDER and ORDERS AS FOLLOWS:

The Parties' Protective Order shall govern the disclosure and use of confidential documents.

DATED: April 13, 2017

_____
The Honorable Paul L. Abrams