UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| No. | 2:17-cv-02341-ODW-PLA | Date | March 15, 2018 |
|---|---|---|---|

| Title | *Beverly Oaks Physicians Surgical Center, LLC v. Blue Cross of California et al.* |
|---|---|

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**                    **In Chambers**

    In light of the parties' recent Notice of Settlement, the Court **DISMISSES** this action without prejudice. On or before **April 20, 2018**, any settling party may move to enforce the settlement, apply to reopen the action, or stipulate to extend the deadline in which to file such a motion or application.[1] If the settling parties do not file any such motion, application, or stipulation on or before that date, the settling parties will be deemed to have stipulated to a dismissal of this action with prejudice. Fed. R. Civ. P. 41.

    The Court **VACATES** all other dates and deadlines in this action, and the Clerk of the Court shall close the case.

                                                    :     00

                               Initials of Preparer    SE

---

[1] The Court expressly retains jurisdiction over this action to adjudicate any such or other filings made during this time.